BERNE A. PYRKE, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* JACOB A. BRUDNO et al., Defendants, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.

BERNE A. PYRKE, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* JACOB A. BRUDNO, Defendant, and THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.

(Argued December 11, 1935; decided January 8, 1936.)

*Charles B. Sullivan* and *Warner M. Bouck* for Indemnity Insurance Company of North America, appellant.

*P. C. Dugan* for The Fidelity and Deposit Company of Maryland, appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *Wendell P. Brown* of counsel), for respondent.

In each case, judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.